LARRY W. LEE, Esq. (State Bar No. 228175)
lwlee@diversitylaw.com
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center · Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

SHERRY JUNG, Esq. (State Bar No. 234406)
Sherryj23@hotmail.com
**LAW OFFICES OF SHERRY JUNG**
448 S. Hill St., Ste. 605
Los Angeles, California 90013
(213) 489-8900
(213) 489-8915 facsimile

Attorneys for Plaintiff ARABELLA LEMUS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>H&R BLOCK TAX AND BUSINESS SERVICES, INC., a Delaware corporation; H&R BLOCK ENTERPRISES, INC., a Missouri corporation; H&R BLOCK TAX SERVICES, INC., a Missouri corporation; H&R BLOCK SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 09 CV 03179 SI<br><br>[PROPOSED] ORDER RE FILING SECOND AMENDED COMPLAINT |

The Court, having reviewed the foregoing Stipulation and GOOD CAUSE appearing, It is hereby ORDERED that

    1.    Plaintiff shall be allowed to file her Second Amended Complaint.

    2.    Upon service of notice of Plaintiff's filing of said Second Amended Complaint,

1

**[PROPOSED] ORDER RE FILING SECOND AMENDED COMPLAINT**
LA1 6903281.1

1 | Defendants shall have twenty (20) days to file their responsive pleading to said Second Amended Complaint.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Susan Illston
United States District Judge

**[PROPOSED] ORDER RE FILING SECOND AMENDED COMPLAINT**

LA1 6903281.1