UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, an individual and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>H&R BLOCK TAX AND BUSINESS SERVICES, INC., a Delaware corporation; H&R BLOCK ENTERPRISES, INC., a Missouri corporation; H&R BLOCK TAX SERVICES, INC., a Missouri corporation; H&R BLOCK SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. CV-09-03179 SI<br><br><br>The Honorable Susan Illston<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

LA1 6908856.1

Based on the Stipulation of the parties, and for good cause shown, Defendants' time to answer Plaintiff's Second Amended Complaint in this case shall be extended until November 11, 2009.

IT IS SO ORDERED.

DATED: _____, 2009  _____
Hon. Susan Illston
United States District Court Judge

Respectfully Submitted by:
SEYFARTH SHAW LLP
Andrew M. Paley (State Bar No. 149699)
Sheryl L. Skibbe (State Bar No. 199441)
apaley@seyfarth.com
sskibbe@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Andrew M. McNaught (SBN 209093)
amcnaught@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
H&R Block Tax and Business Services, Inc.,
H&R Block Enterprises LLC (fka H&R Block Enterprises, Inc.),
H&R Block Tax Services, LLC (erroneously sued as H&R Block Tax
Services, Inc.) and H&R Block Tax Group, Inc. (fka H&R Block Services, Inc.)

By_____/s/Sheryl Skibbe_____ _____
Sheryl Skibbe

LA1 6908856.1