SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699) apaley@seyfarth.com
Sheryl L. Skibbe (SBN 199441) sskibbe@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Andrew M. McNaught (SBN 209093) amcnaught@seyfarth.com
Ashley E. Choren (SBN 260337) achoren@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
H&R Block Tax and Business Services, Inc.,
H&R Block Enterprises LLC (fka H&R Block Enterprises, Inc.)
and, H&R Block Tax Services, Inc. and H&R Block Services, Inc.
(nka H&R Block Tax Group, Inc.)

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK TAX AND BUSINESS SERVICES, INC., a Delaware corporation; H&R BLOCK ENTERPRISES, INC., a Missouri corporation; H&R BLOCK TAX SERVICES, INC., a Missouri corporation; H&R BLOCK SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV-09-03179 SI<br><br>The Honorable Susan Illston<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING MEDIATION DEADLINE AND [PROPOSED] ORDER**<br><br>[L.R. 6-2]<br><br>Complaint Filed: June 9, 2009<br>FAC Filed: July 8, 2009<br>SAC Filed: October 8, 2009 |

1   IT IS HEREBY STIPULATED BY THE PARTIES, pursuant to Local Rule 6-2, that the
2   time fixed for completion of the Mediation in this matter be continued from April 20, 2010 until
3   a date that is 60 days after the issue of class certification has been decided:

4   1.   Upon the initial removal of the action to this Court, the Parties agreed to
5   participate in private mediation, pursuant to Local Civil Rule 16-8 and ADR Local Rule 6,
6   within 180 days of the date of the order referring the parties to the ADR process;

7   2.   The Parties have not concluded an in-depth analysis regarding any potential
8   liability or damages in the matter. It is the consensus of the Parties that depositions and written
9   discovery is necessary to make a Mediation productive in this case. That round of discovery is
10  being initiated by the Parties and is expected to be completed by September 2010;

11  3.   The Parties both agree that settlement is not probable at the current stage of the
12  litigation;

13  4.   The Parties wish to avoid the expense, burden and waste of the mediator's time by
14  participating in mediation *before* substantial discovery has been conducted to permit the parties
15  to assess the merits of Plaintiff's claims and Defendants' defenses;

16  5.   The Parties have not made any prior request for a continuation of the mediation
17  completion date.

18  6.   The deadline to file a motion for class certification is July 1, 2010 and the hearing
19  is scheduled for October 1, 2010. Based on the expected completion date for discovery that is
20  currently being conducted, the Parties believe it might be necessary to adjust the schedule for
21  class certification briefing. No trial date has been set.

22  **NOW, THEREFORE, THE PARTIES HERETO STIPULATE AND**
23  **RESPECTFULLY REQUEST THAT THE COURT ORDER AS FOLLOWS:**

24  The Parties request the Court extend the time frame for completion of the mediation so
25  that the initial round of discovery may be completed and request that the Court allow the
26  ///
27  ///
28  ///

mediation completion date presently set for April 20, 2010 to be continued until a date that is 60 days after the issue of class certification has been decided:

DATED: April 19 2010               SEYFARTH SHAW LLP

By: /s/ Sheryl L. Skibbe
Sheryl L. Skibbe
Attorneys for Defendants
H&R BLOCK ENTERPRISES LLC

DATED: April 19, 2010              MARLIN & SALTZMAN

By: /s/ Louis Marlin
Louis Marlin
Attorneys for Plaintiff
ARABELLA LEMUS

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

For GOOD CAUSE SHOWN the mediation completion deadline previously set for April 20, 2010, shall be continued to __January 14, 2011__.

**IT IS SO ORDERED**.

Dated: _____            _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

3
STIPULATED PROTECTIVE ORDER - CASE NO. CV-09-03179 SI