SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699) apaley@seyfarth.com
Sheryl L. Skibbe (SBN 199441) sskibbe@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Andrew M. McNaught (SBN 209093) amcnaught@seyfarth.com
Ashley E. Choren (SBN 260337) achoren@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
H&R Block Enterprises LLC (fka H&R Block Enterprises, Inc.)

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H&R BLOCK TAX AND BUSINESS SERVICES, INC., a Delaware corporation; H&R BLOCK ENTERPRISES, INC., a Missouri corporation; H&R BLOCK TAX SERVICES, INC., a Missouri corporation; H&R BLOCK SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. CV-09-03179 SI<br><br>The Honorable Susan Illston<br><br>**STIPULATED DISMISSAL OF PLAINTIFF'S THIRD CLAIM AND STRIKING OF PORTIONS OF THIRD AMENDED COMPLAINT; [PROPOSED] ORDER REGARDING SAME**<br><br>Complaint Filed: June 9, 2009<br>FAC Filed: July 8, 2009<br>SAC Filed: October 8, 2009<br>TAC Filed: June 3, 2010 |

IT IS HEREBY STIPULATED BY THE PARTIES that Plaintiffs' Third Claim for violations of Labor Code section 2802 is dismissed without prejudice, and that paragraph 2(f), paragraph 22, and paragraph 59, line 17, of Plaintiff's Third Amended Complaint are stricken, also without prejudice.

**NOW, THEREFORE, THE PARTIES HERETO STIPULATE AND RESPECTFULLY REQUEST THAT THE COURT ORDER AS FOLLOWS:**

Pursuant to the Parties' stipulation, Plaintiffs' Third Claim is hereby **DISMISSED** without prejudice. Further, paragraph 22, and paragraph 59, line 17, of Plaintiff's Third Amended Complaint are **STRICKEN** without prejudice.

DATED: August 4, 2010        SEYFARTH SHAW LLP

By: /s/ Andrew M. McNaught
    Andrew M. McNaught

Attorneys for Defendant

H&R BLOCK ENTERPRISES LLC

DATED: August 4, 2010        MARLIN & SALTZMAN

By: /s/ Louis Marlin
    Louis Marlin
Attorneys for Plaintiffs
ARABELLA LEMUS
MALVIN A. AYALA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                               HONORABLE SUSAN ILLSTON
                               UNITED STATES DISTRICT COURT JUDGE

2

Stipulated Dismissal of Plaintiff's Third Claim and Striking Of Portions of Third Amended Complaint, and [Proposed] Order Regarding Same/Case No. CV-09-03179 SI

12494144v.1