UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, MALVIN A. AYALA as individuals and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>H&R BLOCK ENTERPRISES, LLC (fka H&R BLOCK ENTERPRISES, INC., a Missouri corporation); and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. CV-09-03179 SI<br>The Honorable Susan Illston<br><br>**CLASS ACTION**<br><br>[Proposed] Order (1) Permitting the Filing of Plaintiffs' Fourth Amended Complaint, and (2) Granting of Plaintiffs' Motion for Class Certification In Connection With The First, Second and Third Causes of Action of the Fourth Amended Complaint. |

**ORDER**

The Court has read and considered the Stipulation of the parties, and issues the following ORDER:

**I.  Filing of Fourth Amended Complaint**

Plaintiff shall file a Fourth Amended Complaint in the form of the proposed Fourth Amended Complaint filed as an exhibit to the parties' Stipulation. The Fourth Amended Complaint shall be filed upon this Order being issued. The defendant's responsive pleading to the Third Amended Complaint shall be considered as its response to the Fourth Amended Complaint without the necessity for further pleading.

**II.  Class Certification**

    1.    The plaintiffs' Motion For Class Certification shall be treated as a motion to certify

the class set forth in the proposed Fourth Amended Complaint, which class is defined as follows:

**Plaintiff Class:**

All seasonal, non-exempt Tax Professional employees who were or are employed by defendants during the Class Period in California as tax preparers.

**Terminated Sub-Class**:

All members of the Plaintiff Class whose employment ended during the Class Period. The proposed Class Period runs from June 9, 2006 through December 31, 2010.

2.   All causes of action found in the Fourth Amended Complaint are certified. Those causes of action are:

The **First Cause of Action** (previously the Second Cause of Action in the TAC) for Failure to Provide Accurate Wage Statements In Violation of *Labor Code* §226;

The **Second Cause of Action** (previously the Fifth Cause of Action in the TAC) for Failure to Pay All Wages Due at Time of Termination of Employment In Violation of *Labor Code* §203.

The **Third Cause of Action** for civil penalties under the Private Attorney General Act (Labor Code, §§ 2698 et seq.)

3.   Nothing in the Stipulation of the parties to certify the class, or in connection with defendant's agreement to the same, shall be construed in this case, or in any other judicial, administrative or similar proceeding, as an acknowledgment or concession or agreement by defendant that any of the claims or allegations set forth in the Fourth Amended Complaint are either factually or legally correct

4.   Contemporaneously with the filing of the Fourth Amended Complaint, Plaintiffs shall file a [Revised Proposed] Order Granting Class Certification. The Court will thereafter sign the [Revised Proposed] Order as presented, or as modified by the Court.

5.   The parties shall meet and confer concerning the form of class notice, the methods by which notice will be disseminated to the class, the amount of time class members will be allowed to opt out of the class, the identity of the administrator to be used for dissemination of notice and all other matters concerning the same. In the event the parties cannot agree on any issue, they will

1  present the same to the Court for resolution.

3  Dated:

_____
Hon. Susan Illston
United States District Court Judge