UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, as an individual and on behalf of all others similarly situated, | Case No. CV-09-03179 SI<br>The Honorable Susan Illston |
| Plaintiff,<br>vs. | **[Proposed] Order Advancing Case Management Conference** |
| H&R BLOCK TAX AND BUSINESS SERVICES, INC., a Delaware corporation; H&R BLOCK ENTERPRISES, INC., a Missouri corporation; H&R BLOCK TAX SERVICES, INC., a Missouri corporation; H&R BLOCK SERVICES, INC., a Missouri corporation; and DOES 1 through 50, inclusive, | Complaint Filed: June 9, 2009<br>FAC Filed: July 8, 2009<br>SAC Filed: October 8, 2009<br>TAC Filed: June 3, 2010 |
| Defendants. | |

The Stipulation of the parties having been presented to the Court, it is hereby ORDERED that the Case Management Conference, currently scheduled for January 21, 2011, is advanced to 3:00 p.m. on December 14, 2010.

Dated:

_____
Susan Illston
United States District Judge