# MARLIN & SALTZMAN, LLP

www.marlinsaltzman.com

| | | |
|---|---|---|
| Irvine Technology Center<br>3200 El Camino Real, Suite 100<br>Irvine, California 92602<br>(714) 669-4900 Fax: (714) 669-4750 | | Louis M. Marlin<br>Stanley D. Saltzman<br>Alan S. Lazar<br>Marcus J. Bradley |
| Canwood Corporate Center<br>29229 Canwood Street, Suite 208<br>Agoura Hills, California 91301<br>(818) 991-8080 Fax: (818) 991-8081 | | --------------<br>Dale A. Anderson<br>Kristen Marquis Fritz<br>Kiley L. Grombacher<br>Christina A. Humphrey<br>Stephen P. O'Dell<br>Lynn P. Whitlock |
| **Louis M. Marlin**<br>Attorney at Law | | louis.marlin@marlinsaltzman.com<br>Please reply to: Irvine Office |

January 11, 2011



IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston

Hon. Susan Illston
District Judge
United States District Court
450 Golden Gate Avenue
Courtroom No. 10
San Francisco, CA 94102

Re:  *Lemus v. H&R Block Tax and Business Services, Inc.*
     Case No. CV-09-03179

Your Honor:

At the request of your Courtroom/Calendar Clerk, this correspondence confirms that the parties have reached agreement concerning the production of certain employment data by the defendant. Previously, you had instructed counsel that if such an agreement was reached, the case management conference set for Friday, January 14, 2011 would be taken off calendar.

Defendant has agreed to provide sufficient data to permit a meaningful mediation to take place in May.

The parties suggest a further status conference be scheduled for April 8, 2011. If at all possible, and in order for all counsel to make plane connections, it is requested that the conference be scheduled for 2:00 p.m., rather than your regular 3:00 p.m. time.

Yours truly,

**MARLIN & SALTZMAN, LLP**


   /s/ Louis M. Marlin
       Louis M. Marlin

LMM/ns
cc:   Andrew Paley, Esq.
      Attorney for Defendant