REBECCA EISEN, SBN 096129
THERESA MAK, SBN 211435
STEPHEN L. TAEUSCH, SBN 247708
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone:     415.442.1000
Facsimile:     415.442.1001
reisen@morganlewis.com
tmak@morganlewis.com
staeusch@morganlewis.com

CARRIE A. GONELL, State Bar No. 257163
MORGAN, LEWIS & BOCKIUS, LLP
5 Park Plaza, Suite 1750
Irvine, CA  92614
Telephone:  949.399.7000
Facsimile:  949.399.7001
cgonell@morganlewis.com

ANDREW PALEY, State Bar No. 149699
SHERYL L. SKIBBE, State Bar No. 199441
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone:     310.277.7200
Facsimile:     310.201.5219
apaley@seyfarth.com
sskibbe@seyfarth.com

ANDREW MCNAUGHT SBN 209093)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone:     415.397.2823
Facsimile:     415.397.8549
amcnaught@seyfarth.com

Attorneys for Defendant
H&R BLOCK ENTERPRISES LLC
(fka H&R Block Enterprises, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, MALVIN A. AYALA, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>H&R BLOCK ENTERPRISES, LLC (fka H&R BLOCK ENTERPRISES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV-09-03179 SI<br><br>The Honorable Susan Illston<br><br>STIPULATION TO ALTER BRIEFING SCHEDULE |

WHEREAS by Order dated March 10, 2011, the Court set the following deadlines for Plaintiffs Arabella Lemus and Malvin A. Ayala ("Plaintiffs") and Defendant H&R Block Enterprises LLC, fka H&R Block Enterprises, Inc. ("Defendant") (together referred to as "the Parties,") to file motions for summary judgment/adjudication as follows:

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/67133508.1

STIPULATION TO ALTER BRIEFING
SCHEDULE (CV-09-03179 SI)

1         •   Moving papers to be filed no later than May 2, 2011;

2         •   Opposition papers to be filed no later than May 20, 2011;

3         •   Reply papers to be filed no later than June 24, 2011;

4         •   Hearing to be held on July 8, 2011.

5         WHEREAS Morgan Lewis & Bockius LLP has been added as counsel of record for

6 Defendant and filed a Notice of Appearance on April 22, 2011;

7         WHEREAS additional time is needed for Morgan Lewis & Bockius LLP to become

8 sufficiently familiar with the record in order to brief the Court on summary judgment/adjudication

9 and to participate knowledgeably and effectively at the upcoming mediation sessions scheduled

10 for May 24, 2011 and June 27, 2011;

11         THEREFORE, after meeting and conferring, the Parties, through their counsel of record in

12 the above-entitled action, stipulate to the following briefing schedule for the Parties' respective

13 motions for summary judgment/adjudication:

14         •   Moving papers shall be filed not later than May 18, 2011;

15         •   Opposition papers shall be filed no later than June 14, 2011;

16         •   Reply papers shall be filed no later than June 29, 2011;

17         The Court's currently scheduled date of July 8, 2011 to hear the Parties' motions for

18 summary judgment/adjudication shall be unchanged.  In addition, the Parties' scheduled

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/67133508.1         2         STIPULATION TO ALTER BRIEFING
SCHEDULE (CV-09-03179 SI)

1   mediation sessions on May 24, 2011 and June 27, 2011 shall remain unchanged.

2   DATED:      April 25, 2011                    MARLIN & SALTZMAN

3

4                                                 By:   /s/ Louis M. Marlin
5                                                       Louis M. Marlin
                                                        Stanley Saltzman
6                                                       Marcus Bradley
                                                        Dale A. Anderson
7                                                       Attorneys for Plaintiffs and plaintiff class
                                                        ARABELLA LEMUS, MALVIN A.
8                                                       AYALA, et al.

9   DATED:      April 25, 2011                    MORGAN, LEWIS & BOCKIUS LLP

10

11                                                By:   /s/ Theresa Mak
12                                                      Rebecca Eisen
                                                        Carrie Gonell
13                                                      Theresa Mak
                                                        Stephen L. Taeusch
14                                                      Attorneys for Defendant
                                                        H&R BLOCK ENTERPRISES LLC
15                                                      (fka H&R Block Enterprises, Inc.)

16  DATED:      April 25, 2011                    SEYFARTH SHAW LLP

17

18                                                By:   /s/ Andrew M. Paley
19                                                      Andrew M. Paley
                                                        Sheryl L. Skibbe
20                                                      Andrew M. McNaught
                                                        Attorneys for Defendant
21                                                      H&R BLOCK ENTERPRISES LLC
                                                        (fka H&R Block Enterprises, Inc.)

22

23          IT IS SO ORDERED

24

25          Judge Susan Illston

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO