| | |
|---|---|
| REBECCA EISEN, SBN 096129 | ANDREW PALEY, SBN 149699 |
| THERESA MAK, SBN 211435 | SHERYL L. SKIBBE, SBN 199441 |
| STEPHEN L. TAEUSCH, SBN 247708 | SEYFARTH SHAW LLP |
| MORGAN, LEWIS & BOCKIUS, LLP | 2029 Century Park East, Suite 3500 |
| One Market, Spear Street Tower | Los Angeles, CA 90067 |
| San Francisco, CA 94105-1126 | Telephone: 310.277.7200 |
| Telephone: 415.442.1000 | Facsimile: 310.201.5219 |
| Facsimile: 415.442.1001 | apaley@seyfarth.com |
| reisen@morganlewis.com | sskibbe@seyfarth.com |
| tmak@morganlewis.com | |
| staeusch@morganlewis.com | |
| | |
| CARRIE A. GONELL, State Bar No. 257163 | ANDREW MCNAUGHT SBN 209093 |
| MORGAN, LEWIS & BOCKIUS, LLP | SEYFARTH SHAW LLP |
| 5 Park Plaza, Suite 1750 | 560 Mission Street, Suite 3100 |
| Irvine, CA 92614 | San Francisco, CA 94105 |
| Telephone: 949.399.7000 | Telephone: 415.397.2823 |
| Facsimile: 949.399.7001 | Facsimile: 415.397.8549 |
| cgonell@morganlewis.com | amcnaught@seyfarth.com |

Attorneys for Defendant
H&R BLOCK ENTERPRISES LLC
(fka H&R Block Enterprises, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, MALVIN A. AYALA, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>H&R BLOCK ENTERPRISES LLC (fka H&R BLOCK ENTERPRISES, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV-09-03179 SI<br><br>The Honorable Susan Illston<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT/ ADJUDICATION** |

Plaintiffs Arabella Lemus and Malvin A. Ayala ("Plaintiffs") and Defendant H&R Block Enterprises LLC ("HRB") (collectively the "Parties"), through their respective counsel of record, hereby stipulate and seek an order that the hearing on the Parties' Cross-Motions for Summary Judgment/ Adjudication (the "Cross-Motions"), which is currently scheduled for July 8, 2011 at 9:00 a.m., be continued to August 26, 2011 at 9:00 a.m.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

1

STIPULATION AND PROPOSED ORDER
FOR CONTINUANCE OF MSJ HEARING
(CASE NO. CV-09-03179 SI)

**WHEREAS**, the Parties attended a mediation session with Hunter R. Hughes on May 24, 2011. The mediation was unsuccessful, and the Parties determined that a second scheduled mediation session with Mr. Hughes, originally set for June 27, 2011, would not likely result in progress toward a resolution of this matter. The Parties subsequently agreed, however, to a second mediation with Antonio Piazza, of Gregorio, Haldeman, Piazza & Rotman. Given the schedules of counsel, the Parties, and Mr. Piazza, the Parties will not be able to hold the second mediation session until July 20, 2011. In order to allow the Parties to focus their efforts on resolving this matter, the Parties agree it is in their best interests to delay the hearing on the Cross-Motions until a date after the second mediation. Counsel for HRB was informed by the Court's Clerk of available hearing dates in August 2011, and the Parties are available for the hearing on August 26, 2011.

**NOW THEREFORE**, The Parties therefore respectfully request that the Court continue the hearing on the Cross-Motions to August 26, 2011 at 9:00 a.m.

Dated: June 29, 2011           **MARLIN & SALTZMAN, LLP**

                               By: /s/Louis M. Marlin
                                   Louis M. Marlin
                               Attorneys for Plaintiffs and the Class

Dated: June 29, 2011           **MORGAN, LEWIS & BOCKIUS, LLP**

                               By: /s/Rebecca D. Eisen
                                   Rebecca D. Eisen
                               Attorneys for Defendant
                               H&R BLOCK ENTERPRISES LLC
                               (fka H&R Block Enterprises, Inc.)

**IT IS SO ORDERED.**

Dated: 6/30/11                 _____
                               Honorable Susan Illston
                               United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

2

STIPULATION AND PROPOSED ORDER
FOR CONTINUANCE OF MSJ HEARING
(CASE NO. CV-09-03179 SI)

**ECF ATTESTATION**

I, Stephen L. Taeusch, am the ECF User whose ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION. In compliance with General Order 45 X.B, I hereby attest that Louis M. Marlin and Rebecca D. Eisen have concurred in this filing.

Dated: June 29, 2011                    MORGAN, LEWIS & BOCKIUS LLP


                                        By /s/ Stephen L. Taeusch
                                           Stephen L. Taeusch
                                           Attorneys for Defendant
                                           H&R BLOCK ENTERPRISES LLC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

3

STIPULATION AND PROPOSED ORDER
FOR CONTINUANCE OF MSJ HEARING
(CASE NO. CV-09-03179 SI)