| | |
|---|---|
| LOUIS M. MARLIN, SBN 54053 | REBECCA EISEN, SBN 096129 |
| DALE A. ANDERSON, SBN 122104 | THERESA MAK, SBN 211435 |
| KRISTEN MARQUIS FRITZ, SBN 268326 | STEPHEN L. TAEUSCH, SBN 247708 |
| MARLIN & SALTZMAN, LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| 3200 El Camino Real, Ste. 100 | One Market, Spear Street Tower |
| Irvine, CA 92602 | San Francisco, CA 94105-1126 |
| Telephone: (714) 669-4900 | Telephone: 415.442.1000 |
| Facsimile: (714) 669-4750 | Facsimile: 415.442.1001 |
| louis.marlin@marlinsaltzman.com | reisen@morganlewis.com |
| danderson@marlinsaltzman.com | tmak@morganlewis.com |
| kfritz@marlinsaltzman.com | staeusch@morganlewis.com |

| | |
|---|---|
| STANLEY SALTZMAN, SBN 90058 | CARRIE A. GONELL, State Bar No. 257163 |
| MARCUS BRADLEY, SBN 174156 | MORGAN, LEWIS & BOCKIUS, LLP |
| MARLIN & SALTZMAN, LLP | 5 Park Plaza, Suite 1750 |
| 29229 Canwood St., Ste. 208 | Irvine, CA 92614 |
| Agoura Hills, CA 91301 | Telephone: 949.399.7000 |
| Telephone: (818) 991-8080 | Facsimile: 949.399.7001 |
| Facsimile: (818) 991-8081 | cgonell@morganlewis.com |
| ssaltzman@marlinsaltzman.com | |
| mbradley@marlinsaltzman.com | Attorneys for Defendant |
| | H&R BLOCK ENTERPRISES LLC |
| Attorneys for Plaintiffs and the Class | (fka H&R Block Enterprises, Inc.) |
| ARABELLA LEMUS, MALVIN A. AYALA | *[Additional Defendant's Counsel On Next Page]* |
| *[Additional Plaintiffs' Counsel On Next Page]* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, MALVIN A. AYALA, as individuals and on behalf of all others similarly situated, | Case No. CV-09-03179 SI |
| | The Honorable Susan Illston |
| Plaintiffs, | CLASS ACTION |
| v. | **JOINT STIPULATION TO CONTINUE HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT** |
| H&R BLOCK ENTERPRISES, LLC (fka H&R BLOCK ENTERPRISES, INC., a Missouri corporation); and DOES 1 through 50, inclusive, | |
| Defendant. | |

ADDITIONAL PLAINTIFFS' COUNSEL

LARRY W. LEE, SBN 228175
DIVERSITY LAW GROUP, APC
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, CA  90071
Telephone:    (213) 488-6555
lwlee@diversitylaw.com

SHERRY JUNG, SBN 234406
LAW OFFICE OF SHERRY JUNG
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, CA  90071
Telephone:    (213) 488-6555
sherryj23@hotmail.com

ADDITIONAL DEFENDANT'S COUNSEL

ANDREW M. PALEY, SBN 149699
SHERYL L. SKIBBE, SBN 199441
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone:    310.277.7200
Facsimile:    310.201.5219
apaley@seyfarth.com
sskibbe@seyfarth.com

ANDREW MCNAUGHT, SBN 209093
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone:    415.397.2823
Facsimile:    415.397.8549
amcnaught@seyfarth.com

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 67987119.1

2

JOINT STIPULATION TO CONTINUE MSJ HEARING (CV-09-03179 SI)

The undersigned counsel of record hereby stipulate and agree as follows:

The Clerk's Notice dated and e-filed on August 17, 2011 indicates that the Court has continued the hearings on Plaintiffs' and Defendant's Motions for Summary Judgment to September 9, 2011 at 9:00 a.m.  However, Counsel for Plaintiffs have calendar conflicts and are unavailable on September 9, 2011 to attend the hearing on the Motions.  The first mutually available date for counsel for both Plaintiffs and Defendant is September 23, 2011.

IT IS HEREBY STIPULATED that:

The hearing on the Motions for Summary Judgment is continued to September 2~~3~~ 22, 2011, at 9:00 a.m., before the Hon. Susan Illston, in Courtroom 10.

DATED:    August 18, 2011                           MARLIN & SALTZMAN


By:    /s/ Louis M. Marlin
        Louis M. Marlin
        Stanley Saltzman
        Marcus Bradley
        Dale A. Anderson
        Kristen Marquis Fritz
        Attorneys for Plaintiffs and the Class
        ARABELLA LEMUS, MALVIN A.
        AYALA, et al.

DATED:    August 18, 2011                           MORGAN, LEWIS & BOCKIUS LLP


By:    /s/ Rebecca Eisen
        Rebecca Eisen
        Carrie Gonell
        Theresa Mak
        Stephen L. Taeusch
        Attorneys for Defendant
        H&R BLOCK ENTERPRISES LLC
        (fka H&R Block Enterprises, Inc.)

**IT IS SO ORDERED.**

Dated:    8/19/11                                   _/s/ Susan Illston_
                                                     Honorable Susan Illston
                                                     United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 67987119.1                        3                    JOINT STIPULATION TO CONTINUE MSJ
                                                                  HEARING (CV-09-03179 SI)