| | |
|---|---|
| REBECCA EISEN, SBN 096129<br>THERESA MAK, SBN 211435<br>STEPHEN L. TAEUSCH, SBN 247708<br>MORGAN, LEWIS & BOCKIUS, LLP<br>One Market, Spear Street Tower<br>San Francisco, Ca 94105-1126<br>Telephone:   415.442.1000<br>Facsimile:   415.442.1001<br>reisen@morganlewis.com<br>tmak@morganlewis.com<br>staeusch@morganlewis.com | SEYFARTH SHAW LLP<br>ANDREW M. PALEY (SBN 149699)<br>SHERYL L. SKIBBE (SBN 199441)<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219<br>apaley@seyfarth.com<br>sskibbe@seyfarth.com |
| CARRIE A. GONELL, SBN 257163<br>MORGAN, LEWIS & BOCKIUS, LLP<br>5 Park Plaza, Suite 1750<br>Irvine, Ca 92614<br>Telephone:   949.399.7000<br>Facsimile:   949.399.7001<br>cgonell@morganlewis.com | ANDREW M. MCNAUGHT (SBN 209093)<br>SEYFARTH SHAW LLP<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br>amcnaught@seyfarth.com |

Attorneys For Defendant
H&R BLOCK ENTERPRISES LLC
(fka H&R Block Enterprises, Inc.)

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, MALVIN A. AYALA, individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>H&R BLOCK ENTERPRISES, LLC (f/k/a H&R BLOCK ENTERPRISES, INC.), a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV-09-03179 SI<br><br>The Honorable Susan Illston<br><br>**STIPULATED REQUEST AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:           October 7, 2011<br>Time:          9:00 AM<br>Location:     Courtroom 10, 19th Floor<br>Judge:         The Honorable Susan Illston |

1   IT IS HEREBY STIPULATED BY THE PARTIES that the current hearing date for the
2   parties' cross motions for summary judgment of September 22, 2011 be continued to October 7,
3   2011 at 9:00 a.m.

5   DATED: September 16, 2011          SEYFARTH SHAW LLP

7                                       By: /s/ Andrew M. McNaught
                                              Andrew M. McNaught
8
                                        Attorneys for Defendant
9
                                        H&R BLOCK ENTERPRISES LLC

11  DATED: September 16, 2011          MARLIN & SALTZMAN

13                                      By: /s/ Louis Marlin
                                              Louis Marlin
14                                      Attorneys for Plaintiffs

15                                      ARABELLA LEMUS
                                        MALVIN A. AYALA

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

21  Dated:  9/16/11                     _____
22                                      HONORABLE SUSAN ILLSTON
                                        UNITED STATES DISTRICT COURT JUDGE

28  13761346v.1