| | | |
|---|---|---|
| 1 | REBECCA EISEN, SBN 096129<br>THERESA MAK, SBN 211435 | SEYFARTH SHAW LLP<br>ANDREW M. PALEY (SBN 149699) |
| 2 | STEPHEN L. TAEUSCH, SBN 247708<br>MORGAN, LEWIS & BOCKIUS, LLP | SHERYL L. SKIBBE (SBN 199441)<br>2029 Century Park East, Suite 3500 |
| 3 | One Market, Spear Street Tower<br>San Francisco, Ca 94105-1126 | Los Angeles, California 90067<br>Telephone: (310) 277-7200 |
| 4 | Telephone:   415.442.1000<br>Facsimile:   415.442.1001 | Facsimile: (310) 201-5219<br>apaley@seyfarth.com |
| 5 | reisen@morganlewis.com<br>tmak@morganlewis.com | sskibbe@seyfarth.com |
| 6 | staeusch@morganlewis.com | ANDREW M. MCNAUGHT (SBN 209093)<br>SEYFARTH SHAW LLP |
| 7 | CARRIE A. GONELL, SBN 257163<br>MORGAN, LEWIS & BOCKIUS, LLP | 560 Mission Street, Suite 3100<br>San Francisco, California 94105 |
| 8 | 5 Park Plaza, Suite 1750<br>Irvine, Ca 92614 | Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 9 | Telephone:   949.399.7000<br>Facsimile:   949.399.7001 | amcnaught@seyfarth.com |
| 10 | cgonell@morganlewis.com | |
| 11 | Attorneys For Defendant<br>H&R BLOCK ENTERPRISES LLC | |
| 12 | (fka H&R Block Enterprises, Inc.) | |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, MALVIN A. AYALA, individuals and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>H&R BLOCK ENTERPRISES, LLC (f/k/a H&R BLOCK ENTERPRISES, INC.), a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. CV-09-03179 SI<br><br>The Honorable Susan Illston<br><br>**STIPULATED REQUEST AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:         October 7, 2011<br>Time:         9:00 AM<br>Location:    Courtroom 10, 19th Floor<br>Judge:        The Honorable Susan Illston |

1

Stipulated Request and [Proposed] Order Continuing MSJ Hearing Date/Case No. CV-09-03179 SI

1  IT IS HEREBY STIPULATED BY THE PARTIES that the current hearing date for the
2  parties' cross motions for summary judgment of September 22, 2011 be continued to October 7,
3  2011 at 9:00 a.m.

5  DATED:  September 16, 2011          SEYFARTH SHAW LLP

7                                      By: /s/ Andrew M. McNaught
                                            Andrew M. McNaught
8
                                        Attorneys for Defendant
9
                                        H&R BLOCK ENTERPRISES LLC

11 DATED:  September 16, 2011          MARLIN & SALTZMAN

13                                      By: /s/ Louis Marlin
                                            Louis Marlin
14                                      Attorneys for Plaintiffs

15                                      ARABELLA LEMUS
                                        MALVIN A. AYALA

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

21  Dated:  9/16/11                     _____
22                                      HONORABLE SUSAN ILLSTON
                                        UNITED STATES DISTRICT COURT JUDGE