1  **MARLIN & SALTZMAN, LLP**
   Louis M. Marlin (SBN 54053)
2  Dale A. Anderson (SBN 122104)
   3200 El Camino Real, Ste. 100
3  Irvine, CA 92602
   Tel: (714) 669-4900; Fax: (714) 669-4750
4  louis.marlin@marlinsaltzman.com
   danderson@marlinsaltzman.com
5
           Attorneys for Plaintiffs*
6              *Additional plaintiffs' counsel on following page

7  **SEYFARTH SHAW, LLP**
   Andrew M. Paley (SBN 149699)
8  Sheryl L. Skibbe (SBN 199441)
   2029 Century Park East, Suite 3500
9  Los Angeles, CA 90067
   Tel: (310) 277-7200 Fax: (310) 277-7100
10 apaley@seyfarth.com
   sskibbe@seyfarth.com
11
           Attorneys for Defendants
12

13              UNITED STATES DISTRICT COURT

14         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

| 16 ARABELLA LEMUS, MALVIN A. AYALA as individuals and on behalf of all others similarly situated, | Case No. CV-09-03179 SI  The Honorable Susan Illston |
|---|---|
| 17 | CLASS ACTION |
| 18 Plaintiffs, vs. | JOINT REQUEST TO CANCEL MEDIATION |
| 19 | |
| 20 H&R BLOCK ENTERPRISES, LLC (fka H&R BLOCK ENTERPRISES, INC., a Missouri corporation); and DOES 1 through 50, inclusive, | |
| 21 | |
| 22 Defendants. | |

23    The parties hereto, by and through their counsel of record, hereby stipulate as follows:

24    1. This matter was referred to the Hon. Magistrate Judge Joseph C. Spero for a settlement

25 conference in the event the parties were not able to agree upon all terms of a settlement, subject only to

26 approval by Defendant's Board of Directors.

27    2. The parties have now agreed upon all terms of a settlement and those terms have been reduced

28 to a written agreement, subject only to approval by Defendant's Board of Directors.

1

3. The parties therefore respectfully request that the settlement conference before Magistrate Judge Spero be removed from the calendar as no longer necessary.

DATED: December 8, 2011        **MARLIN & SALTZMAN, LLP**

By: /s/ Louis M. Marlin
    Louis M. Marlin
    Attorneys for Plaintiffs and Plaintiff Class

DATED: December 8, 2011        **SEYFARTH SHAW, LLP**

By: /s/ Andrew Paley
    Andrew Paley, Esq.
    Attorneys for Defendants

Dated: 12/9/11

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA