1  **MARLIN & SALTZMAN, LLP**
Louis M. Marlin (SBN 54053)
2  Dale A. Anderson (SBN 122104)
3200 El Camino Real, Ste. 100
3  Irvine, CA  92602
Tel: (714) 669-4900; Fax:  (714) 669-4750
4  louis.marlin@marlinsaltzman.com
danderson@marlinsaltzman.com
5
       Attorneys for Plaintiffs*
6            *Additional plaintiffs' counsel on following page

7  **SEYFARTH SHAW, LLP**
Andrew M. Paley (SBN 149699)
8  Sheryl L. Skibbe (SBN 199441)
2029 Century Park East, Suite 3500
9  Los Angeles, CA 90067
Tel: (310) 277-7200 Fax: (310) 277-7100
10  apaley@seyfarth.com
sskibbe@seyfarth.com
11
       Attorneys for Defendants
12

13                 UNITED STATES DISTRICT COURT

14         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

| 16 | ARABELLA LEMUS, MALVIN A. AYALA as individuals and on behalf of all others similarly | Case No. CV-09-03179 SI |
|---|---|---|

16  ARABELLA LEMUS, MALVIN A. AYALA as
individuals and on behalf of all others similarly
17  situated,

18              Plaintiffs,
         vs.
19
H&R BLOCK ENTERPRISES, LLC (fka H&R
20  BLOCK   ENTERPRISES,   INC.,   a   Missouri
corporation); and DOES 1 through 50, inclusive,
21
         Defendants.
22

Case No. CV-09-03179 SI
The Honorable Susan Illston

CLASS ACTION

JOINT REQUEST TO CANCEL
MEDIATION

23     The parties hereto, by and through their counsel of record, hereby stipulate as follows:

24     1.  This matter was referred to the Hon. Magistrate Judge Joseph C. Spero for a settlement

25  conference in the event the parties were not able to agree upon all terms of a settlement, subject only to

26  approval by Defendant's Board of Directors.

27     2.  The parties have now agreed upon all terms of a settlement and those terms have been reduced

28  to a written agreement, subject only to approval by Defendant's Board of Directors.

                                        1

1     3.   The parties therefore respectfully request that the settlement conference before Magistrate Judge

2   Spero be removed from the calendar as no longer necessary.

3   DATED:   December 8, 2011                **MARLIN & SALTZMAN, LLP**

4

5

6                                           By: /s/ Louis M.  Marlin
                                                Louis M. Marlin
7                                               Attorneys for Plaintiffs and Plaintiff Class

8
    DATED:   December 8, 2011                **SEYFARTH SHAW, LLP**
9

10

11                                          By:  /s/ Andrew Paley
                                                Andrew Paley, Esq.
12                                              Attorneys for Defendants

13

14

15   Dated: 12/9/11

16                              IT IS SO ORDERED

17                                   Judge Joseph C. Spero

18

19

20

21

22

23

24

25

26

27

28

Joint Request To Cancel Mediation                                                CV-09-03179 SI