1  **MARLIN & SALTZMAN, LLP**
   Louis M. Marlin (SBN 54053)
2  Dale A. Anderson (SBN 122104)
   3200 El Camino Real, Ste. 100
3  Irvine, CA  92602
   Tel: (714) 669-4900; Fax:  (714) 669-4750
4  louis.marlin@marlinsaltzman.com
   danderson@marlinsaltzman.com
5
       Attorneys for Plaintiffs
6
7  **SEYFARTH SHAW, LLP**
   Andrew M. Paley (SBN 149699)
8  Sheryl L. Skibbe (SBN 199441)
   2029 Century Park East, Suite 3500
9  Los Angeles, CA 90067
   Tel: (310) 277-7200 Fax: (310) 277-7100
10 apaley@seyfarth.com
   sskibbe@seyfarth.com
11
       Attorneys for Defendants
12
13             UNITED STATES DISTRICT COURT

14        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | ARABELLA LEMUS, MALVIN A. AYALA as | Case No. CV-09-03179 SI
   | individuals and on behalf of all others similarly | The Honorable Susan Illston
17 | situated,
   |                                              | CLASS ACTION
18 |             Plaintiffs,
   |                                              | JOINT STIPULATION FOR
19 |     vs.                                      | DISSEMINATION OF CORRECTIVE
   |                                              | CLASS CERTIFICATION NOTICE
20 | H&R BLOCK ENTERPRISES, LLC (fka H&R
   | BLOCK  ENTERPRISES,  INC.,  a  Missouri
20 | corporation); and DOES 1 through 50, inclusive,
21 |
   |             Defendants.
22

23

24

25

26

27

28

RECITALS

1.   Plaintiffs' Motion for Class Certification was granted by this Court on December 7, 2010 (Docket No. 55).  The certified class included those individuals who had been employed by Defendant as seasonal tax professionals in California from June 9, 2006 through December 31, 2010.

2.   In preparing the list of class members for use by the Mailing Administrator, Defendant inadvertently included the names and contact information for approximately 1645 individuals who had been employed as seasonal tax professionals only <u>prior to</u> June 9, 2006.

3.   The parties have continued their negotiations concerning a settlement of this matter and have reached agreement on all material outstanding issues.  The parties are in the process of finalizing the settlement agreement and ancillary exhibits, and obtaining approval of the terms of the agreement from Defendant's Board of Directors, which is anticipated shortly.

4.   The parties jointly agree that it is important to notify the non-class members who were inadvertently provided with notice of class certification that they are not members of the class prior to any Court approved notice of a class settlement being disseminated.  It is further agreed that these individuals should be permitted an opportunity to challenge their exclusion from the class.

STIPULATION

Now, therefore, the parties hereto stipulate as follows:

1.      A Corrective Notice in the form of Exhibit 1 to this Stipulation shall be mailed to the individuals who were incorrectly included in the original certified class. The Corrective Notice permits these individuals to challenge their exclusion within 21 days of the mailing of the notice.

2.      Counsel for the parties will meet and confer concerning any challenges to exclusion within 14 days of receipt of the same.  If the parties do not agree as to whether or not an individual challenging their exclusion should or should not be included in the class, the Claims Administrator selected to administer the settlement of this matter (subject to Court approval) shall make the final determination.

3.      Individuals who challenge their exclusion shall be notified in writing of the decision concerning the same.

///

Joint Stipulation For Dissemination of Corrective Notice                                                              CV-09-03179 SI

1   DATED:   December 15, 2011          **MARLIN & SALTZMAN, LLP**

2

3

4                                       By: /s/ Louis M.  Marlin_____
                                            Louis M. Marlin
5                                           Attorneys for Plaintiffs and Plaintiff Class

6
    DATED:   December 15, 2011          **SEYFARTH SHAW, LLP**
7

8

9                                       By:  /s/ Andrew Paley_____
                                            Andrew Paley, Esq.
10                                          Attorneys for Defendants

11  IT IS SO ORDERED:

12

13  Dated:  12/16/11                    _____
                                        Hon. Susan Illston
14                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation For Dissemination of Corrective Notice                    CV-09-03179 SI

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
*Lemus, et.al. vs. H&R Block Enterprises, LLC*   Case Number  CV-09-03179-SI

# CORRECTIVE CLASS ACTION NOTICE

You previously were provided with notice of the certification of a class action brought against H&R Block on behalf of seasonal tax professionals who worked for H&R Block in California between June 9, 2006 and December 31, 2010. However, H&R Block's records indicate that you did **NOT** work for the company as a seasonal tax professional during this time frame, but rather worked for the company prior to June 9, 2006.  Thus, you were inadvertently and incorrectly provided with notice of the class certification.

The purpose of this Corrective Notice is to advise you that you are **NOT** a member of the certified class.  If you disagree with this conclusion, you may write to:

[Claims Administrator]
[Address]
[Address]

Please provide copies of any documentation that you may have that would support your claim to have worked for H&R Block in California as a seasonal tax professional between June 9, 2006 and December 31, 2010.

## YOUR CORRESPONDENCE MUST BE POSTMARKED BY

## [21 DAYS AFTER MAILING]

## IN ORDER TO BE CONSIDERED

Attorneys for the Class
Louis M. Marlin
Marlin & Saltzman, LLP
(714) 669-4900

Attorneys for H&R Block
Andrew Paley
Seyfarth Shaw, LLP
(310) 277-7200