**MARLIN & SALTZMAN, LLP**
Louis M. Marlin (SBN 54053)
Dale A. Anderson (SBN 122104)
3200 El Camino Real, Ste. 100
Irvine, CA  92602
Tel: (714) 669-4900; Fax:  (714) 669-4750
louis.marlin@marlinsaltzman.com
danderson@marlinsaltzman.com

Attorneys for Plaintiffs*
*Additional plaintiffs' counsel on following page

**SEYFARTH SHAW, LLP**
Andrew M. Paley (SBN 149699)
Sheryl L. Skibbe (SBN 199441)
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Tel: (310) 277-7200 Fax: (310) 277-7100
apaley@seyfarth.com
sskibbe@seyfarth.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, MALVIN A. AYALA as individuals and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>H&R BLOCK ENTERPRISES, LLC (fka H&R BLOCK ENTERPRISES, INC., a Missouri corporation); and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. CV-09-03179 SI<br>The Honorable Susan Illston<br><br>CLASS ACTION<br><br>JOINT STIPULATION FOR TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

ADDITIONAL PLAINTIFF'S COUNSEL

**MARLIN & SALTZMAN, LLP**
Stanley Saltzman (SBN 90058)
Marcus Bradley (SBN 174156)
29229 Canwood St., Ste. 208
Agoura Hills, California 91301
Tel: (818) 991-8080; Fax: (818) 991-8081
ssaltzman@marlinsaltzman.com
mbradley@marlinsaltzman.com

**DIVERSITY LAW GROUP, APC**
Larry W. Lee (SBN 228175)
**LAW OFFICE OF SHERRY JUNG**
Sherry Jung (SBN 234406)
444 S. Flower Street
Los Angeles, California 90071
Telephone: (213) 488-6555
lwlee@diversitylaw.com
sherryj23@hotmail.com

The undersigned counsel of record hereby stipulate and agree as follows:

At the last case management conference, the Court set a hearing date of January 13, 2012, on the parties' cross motions for summary judgement / adjudication, or in the alternative, if the parties reached a settlement of this matter, for preliminary approval of the settlement agreement. The parties are pleased to inform the Court that they have recently finalized and executed a settlement agreement and request that the Court take off calendar the parties' cross motions and continue the hearing for preliminary approval of the settlement to February 10, 2012, or a date thereafter that is convenient for the Court.

There are several reasons underlying the parties' request to continue the preliminary approval hearing date:

1. The parties have just finalized and executed the settlement documents and now need to prepare the motion for preliminary approval;

2. The busiest part of Defendant's tax season occurs between mid January and early February.

3. Defendant anticipates that the preliminary approval hearing could generate questions from its tax preparers. Defendant wants to ensure that there is sufficient time to put a communication plan in place alerting its managers that a settlement has been reached and instructing its managers on the appropriate manner in which to deal with such questions (i.e. - to not substantively discuss the terms of the settlement with tax preparers, or to say anything which might encourage or discourage tax preparers from participating in the settlement). Moreover, Defendant believes that its managers would be best equipped to deal with such questions outside of the busiest part of its tax season. .

4. The parties have agreed upon a schedule for dissemination of the notice to the class and final approval of the settlement which contemplates a preliminary approval hearing in early February and so no undue delay will be caused by the parties' request for a short continuance of the preliminary approval hearing.

5. The parties have contacted the Court's clerk, who has informed counsel that February 10, 2012, is an available date on the Court's calendar.

It is therefore stipulated as follows:

14081126v.1

1. The cross motions for summary judgment/adjudication are hereby withdrawn by the parties;
2. The motion for preliminary approval of the settlement be continued until February 10, 2012, or a date thereafter that is convenient for the Court.

DATED:   January 6, 2012     **MARLIN & SALTZMAN, LLP**

By: /s/ Louis M. Marlin
Louis M. Marlin
Attorneys for Plaintiffs and Plaintiff Class

DATED:   January 6, 2012     **SEYFARTH SHAW, LLP**

By: /s/ Andrew M. Paley
Andrew M Paley
Attorneys for Defendants

IT IS SO ORDERED:

Dated:   1/9/11

_____
Hon. Susan Illston
United States District Judge