Joseph Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objector Jay W. Brandenburg

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARABELLA LEMUS, MALVIN A. AYALA, as individuals and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>H & R BLOCK ENTERPRISES, LLC (fka H & R BLOCK ENTERPRISES, INC., a Missouri corporation); and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No. 09-CV-03179-SI<br><br>**NOTICE OF WITHDRAWAL OF OBJECTIONS BY JAY W. BRANDENBURG**<br><br><br>Date: May 10, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 10<br>Judge: Hon. Susan Illston |

Objector, Jay W. Brandenburg, by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 23 (e)(5), moves this Honorable Court to approve the withdrawal of his objections based on the following facts:

1.     Brandenburg made the objections in good faith based on the information in the notice of settlement and his previous employment with H&R Block; and

2.     Counsel for objector has conferred with Class Counsel regarding his objections and has resolved his concerns with the settlement.

1

Therefore, Brandenburg withdraws his objections to the settlement in this matter and requests court approval for the withdrawal of the objections.

LAW OFFICES OF DARRELL PALMER

Dated:   May 7, 2012                    By: _____/s/ Joseph Darrell Palmer_____
                                             Joseph Darrell Palmer
                                             Attorney for Objector, JAY W. BRANDENBURG


## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2012, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF OBJECTIONS BY JAY W. BRANDENBURG with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.


____/s/ Joseph Darrell Palmer_____
Joseph Darrell Palmer
Attorney for Objector