**United States District Court**
For the Northern District of California

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, individually and on behalf of all others similarly situated, | No. C 09-3179 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| H&R BLOCK ENTERPRISES LLC., | |
| Defendant. | |
| _____/ | |

The Court has granted final approval to the settlement in this case.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 22, 2012

_____
SUSAN ILLSTON
United States District Judge