IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>H&R BLOCK ENTERPRISES LLC.,<br><br>          Defendant.                                             / | No. C 09-3179 SI<br><br>**JUDGMENT** |

The Court has granted final approval to the settlement in this case. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 22, 2012

SUSAN ILLSTON
United States District Judge