IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>   v.<br><br>H&R BLOCK ENTERPRISES LLC., a Missouri corporation,<br><br>        Defendant.<br>                                    / | No. C 09-3179 SI<br><br>**ORDER DENYING OBJECTOR UGAS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Objector Delana Ugas has filed a motion for reconsideration of this Court's Order Granting Final Approval of Class Action Settlement and Awarding Attorneys' Fees and Incentive Awards. Ms. Ugas contends that reconsideration is warranted because the Court failed to address the "kicker provision" in the settlement agreement under which attorneys' fees not awarded by the Court reverted to the defendant.

The Court finds that Ms. Ugas has failed to demonstrate that reconsideration is appropriate. In the order granting final approval, the Court noted that while, in general, claims-made settlements with reversions to the defendants are disfavored, here a significant portion of the class participated in the settlement (over 50%), and the average class member recovery is at least $1,200. Pursuant to *In re Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 947 (9th Cir. 2011), the Court also examined the settlement for collusion and found that the settlement was the product of serious, informed, non-collusive negotiations. For the reasons discussed in the prior orders, the Court finds that the settlement provides significant benefits to the class. Accordingly, Ms. Ugas' motion is DENIED.

This order resolves Docket No. 167 and 168.

**IT IS SO ORDERED.**

Dated: September 26, 2012

                                                              SUSAN ILLSTON