**United States District Court**
**For the Northern District of California**

1
2
3            IN THE UNITED STATES DISTRICT COURT
4            FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6   ARABELLA LEMUS, individually and on          No. C 09-3179 SI
    behalf of all others similarly situated,
7                                                **ORDER DENYING OBJECTOR UGAS'**
                    Plaintiff,                   **MOTION FOR LEAVE TO FILE**
8        v.                                      **MOTION FOR RECONSIDERATION**
9   H&R BLOCK ENTERPRISES LLC., a Missouri
    corporation,
10
                    Defendant.
11  _____/
12
13          Objector Delana Ugas has filed  a motion for reconsideration of this Court's Order Granting
14  Final Approval of Class Action Settlement and Awarding Attorneys' Fees and Incentive Awards. Ms.
15  Ugas contends that reconsideration is warranted because the Court failed to address the "kicker
16  provision" in the settlement agreement under which attorneys' fees not awarded by the Court reverted
    to the defendant.
17
            The Court finds that Ms. Ugas has failed to demonstrate that reconsideration is appropriate.  In
18  the order granting final approval, the Court noted that while, in general, claims-made settlements with
19  reversions to the defendants are disfavored, here a significant portion of the class participated in the
20  settlement (over 50%), and the average class member recovery is at least $1,200.  Pursuant to *In re*
21  *Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 947 (9th Cir. 2011), the Court also examined the
22  settlement for collusion and found that the settlement was the product of serious, informed,
23  non-collusive negotiations.  For the reasons discussed in the prior orders, the Court finds that the
24  settlement provides significant benefits to the class.  Accordingly, Ms. Ugas' motion is DENIED.
25          This order resolves Docket No. 167 and 168.
26          **IT IS SO ORDERED.**
27
    Dated: September 26, 2012                     _____
28                                                SUSAN ILLSTON