IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARABELLA LEMUS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>H&R BLOCK ENTERPRISES, LLC,<br><br>　　　　Defendant.<br>_____ / | No. C 09-03179 SI<br><br>**ORDER GRANTING MOTION TO PROCEED** *IN FORMA PAUPERIS* |

　　　Currently before the Court is *pro se* claimant Paul Singh Madar's motion to proceed *in forma pauperis* ("IFP") on his appeal of the Court's denial of motion to file a late claim and to reconsider the final approval of the class action settlement.

　　　IFP applications are reviewed using a two-part analysis pursuant to 28 U.S.C. § 1915. First, the Court must determine that the applicant qualifies financially to proceed IFP. 28 U.S.C. § 1915(a)(1). Next, the Court must ensure that the applicant states cognizable, non-frivolous claims or defenses. *Id.* § 1915(e)(2)(B). The Court may "at any time" dismiss an IFP action or appeal if it determines that the action or appeal "is frivolous or malicious." *Id.*

　　　Madar's application includes the gross and net monthly earnings for both him and his spouse, as well as their debts, assets, and monthly expenses. Together, the couple brings home less than $2,000 per month, which does not even cover their monthly expenses and debt payments. Thus, the Court finds that Madar is financially qualified to proceed IFP.

　　　The Court also finds that Madar's case is neither frivolous nor malicious. He filed a claim to participate in the class settlement against H&R Block. The Court certified a class of tax employees of

H&R Block, who had allegedly committed violations of California wage and hour laws. After the parties settled, class members were required to submit claim forms for their portion of the settlement. Madar submitted his claim form after the deadline and after the settlement fund had been depleted. The Court did not grant his request to permit his late claim to the settlement fund. However, he stated a reason for his lateness, and his appeal is not frivolous.

Accordingly, the Court GRANTS petitioner's motion to proceed *in forma pauperis* on his appeal.

**IT IS SO ORDERED.**

Dated: September 25, 2013

SUSAN ILLSTON
United States District Judge